

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00793-CV

Samantha **DELGADO**,
Appellant

v.

James B. **GIBSON**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2024CV08894
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, this appeal is
DISMISSED FOR WANT OF PROSECUTION.

SIGNED September 24, 2025.

_____
Adrian A. Spears II, Justice